In the Matter of the Wesleyan College.

---

## In the Matter of the WESLEYAN COLLEGE.

On an application for the incorporation of a College, a cash subscription of $27,500, with the subscription list annexed to the petition, and accompanied by affidavits, showing that the subscribers are severally worth the respective sums set opposite their names, is a sufficient compliance with the Act of April 20th, 1850, to authorize this court to grant a charter of incorporation.

*Mr. Merrill,* for the application.

*By the Court,* BENNETT, J. The petition sets forth that the applicants have procured a cash subscription of Twenty-seven Thousand and Five Hundred Dollars, as the endowment for their institution. The subscription list is annexed to the petition,

and affidavits are presented showing that the subscribers are severally worth the respective sums set opposite to their names.

This we deem a compliance with the statute of April 20th, 1850, and an order will therefore be entered, declaring the trustees named in the petition duly incorporated under the name and style of "The President and Board of Trustees of the California Wesleyan College," with all the powers, rights and franchises conferred by that Act.